Yevgeniya Lyakhovetskaya, Appellant,
against
Vlad Kallen, Respondent.




Yevgeniya Lyakhovetskaya, appellant pro se.
Law Firm of Natalia Skvortsova, for respondent (no brief filed).

Appeal from a judgment of the Civil Court of the City of New York, Kings County (Adam Silvera, J.) entered March 7, 2017 (see CPLR 5520 [c]). The judgment, upon a decision of that court dated January 20, 2017, after a nonjury trial, dismissed the complaint.




ORDERED that, on the court's own motion, the notice of appeal from the decision dated January 20, 2017 is deemed a premature notice of appeal from the judgment entered March 7, 2017 (see CPLR 5520 [c]); and it is further,
ORDERED that the judgment is affirmed, without costs.
Plaintiff commenced this action to recover money allegedly owed. After a nonjury trial, the Civil Court dismissed the complaint.
In reviewing a determination made after a nonjury trial, the power of this court is as broad as that of the trial court, and we may render the judgment which we find is warranted by the facts, bearing in mind that the determination of a trier of fact as to issues of credibility is given substantial deference, as a trial court's opportunity to observe and evaluate the testimony and demeanor of the witnesses affords it a better perspective from which to assess their credibility (see Northern Westchester Professional Park Assoc. v Town of Bedford, 60 NY2d 492, 499 [1983]; Hamilton v Blackwood, 85 AD3d 1116 [2011]; Jones v Hart, 233 AD2d 297 [1996]). The Civil Court's "determination in this case rests in large measure upon its assessment of the credibility of [the] witnesses, and we find no reason to disturb it" (Terry v State of New York, 39 AD3d 846, 846 [2007]; see also Hamilton v Blackwood, 85 AD3d at 1116).
Accordingly, the judgment is affirmed.
WESTON, J.P., ALIOTTA and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: October 12, 2018